JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE & FIRE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SUNFISH, INC., a Tennessee corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-04623-SVW-PJW<br><br>**ORDER DISMISSING THE COMPLAINT WITH PREJUDICE** |

THE COURT has considered the Stipulation For Entry Of Order Dismissing The Complaint With Prejudice.

NOW THEREFORE, IT IS HEREBY ORDERED that, finding good cause, the Complaint in this action is DISMISSED, with prejudice. Each party to bear its own attorneys' fees and costs.

Dated: January 30, 2020

_____
The Honorable Stephen V. Wilson
United States District Court Judge
Central District of California